Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
## Report on Offender Under Supervision

**Name of Offender:** Waldemars Vazquez  **Case Number:** 0101 1:13CR10182

**Name of Sentencing Judicial Officer:** Honorable Paul D. Borman, U.S. District Judge ED/MI

**Name of Assigned Judicial Officer:** Honorable George A. O'Toole, U.S. District Judge

Honorable Jennifer C. Boal, Magistrate U.S. District Judge

**Date of Original Sentence:** July 14, 2011

**Original Offense:** CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE 21:846=CD.F

**Original Sentence:** 36 M of custody followed by 60 M supervised release

**Type of Supervision:** Term Of Supervised Release  **Date Supervision Commenced:** June 16, 2015

## NON-COMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| I. | **Violation of Special Condition 2:** The defendant is not to consume any alcoholic beverages during his term of supervised release. |

On January 27, 2017, this officer received information that Mr. Vazquez was being held at Plymouth House of Corrections. This officer was informed subject was being held as a result of a warrant on two dockets out of Brockton District Court. This officer contacted Mr. Vazquez's probation officer, Carlos Amado, who reported Mr. Vazquez tested positive via his mandatory breathalyzer with a BAC of 0.020 on January 21, 2017. He also reports subject missed mandatory breathalyzers on November 13, 2016 at 2:45 PM, November 19, 2016 at 2:46 PM, and January 10, 2017 at 10:46 PM. Mr. Vazquez made up the breathalyzer on November 13, 2016 at 3:34 PM which yielded a negative result, on November 19, 2016 at 3:12 PM yielding a negative result, and on January 10, 2017 at 11:21 PM yielding a negative result.

As a result of the positive result on January 21, 2017 a warrant was issued for Mr. Vazquez on January 21, 2017. He appeared in Brockton District Court on January 26, 2017 and is being held without bail pending his next appearance on February 27, 2017.

U.S. Probation Officer Action:

This officer contacted Mr. Vazquez's group facilitator, Elaine Wasserman, at Gosnold in Brockton. Ms. Wasserman reported shock and sadness upon hearing about Mr. Vazquez's positive alcohol screen. She stated he has made large strides in group and is eager for him to return to address this relapse. Ms. Wasserman suggested individual sessions in addition in order to address unresolved grief and social isolation.

This undersigned officer requests no court action at this time. This officer will notify the court following Mr. Vazequez's court hearing in Brockton District Court.

Reviewed/Approved by:                                        Respectfully submitted,

/s/ Basil F Cronin                                           /s/ Jessica Turkington
Basil F Cronin                                               by Jessica Turkington
Supervising U.S. Probation Officer                           U.S. Probation Officer
                                                             Date:       1/31/2017

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Date 2/2/17